# Exhibit A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

---

### Title
Title of Work: London Has Fallen

Previous or Alternate Title: Olympus Has Fallen Sequel

Nature of Claim: original motion picture

### Completion/Publication
Year of Completion: 2015
Date of 1st Publication: March 04, 2016
Nation of 1st Publication: United States

### Author
Author: LHF Productions, Inc.
Author Created: entire film
Work made for hire: Yes
Domiciled in: United States
Anonymous: No
Pseudonymous: No

### Copyright Claimant
Copyright Claimant: LHF Productions, Inc.
318 N. Carson St., # 208, Carson City, NV 89701

### Limitation of copyright claim
Material excluded from this claim: motion picture screenplay
Previously registered: Yes
Previous registration and year: PAu 3-789-521, 2014
Basis of current registration: This is a changed version of the work.

New material included in claim: cinematographic material including performance, and all audio and visual elements

### Certification
Name: Rick Eyler

Date:   March 04, 2016

Correspondence:   Yes