# Exhibit B

Copyrighted Motion Picture:  London Has Fallen

Rights Owner:  LHF Productions, Inc.

BitTorrent SHA-1 Hash ID file: B92FD05A65F1BB38B24C99EBFB0803BE7F6DA0D4 transmitted by Does 1-22

| Doe | Computer IP Address | Internet Service Provider (ISP) | City | State | Date/time of Infringement |
|---|---|---|---|---|---|
| 1 | 50.160.14.151 | Comcast Cable | Sandy City | Utah | 2016-06-18 00:24:11 |
| 2 | 45.56.1.233 | Google Fiber | Provo | Utah | 2016-06-18 07:22:45 |
| 3 | 67.166.68.78 | Comcast Cable | Orem | Utah | 2016-06-17 02:26:03 |
| 4 | 71.199.14.216 | Comcast Cable | West Jordan | Utah | 2016-06-16 12:03:51 |
| 5 | 67.164.206.86 | Comcast Cable | Ogden | Utah | 2016-06-16 00:49:32 |
| 6 | 67.164.199.31 | Comcast Cable | Clearfield | Utah | 2016-06-15 09:07:24 |
| 7 | 50.160.32.46 | Comcast Cable | Salt Lake City | Utah | 2016-06-15 05:26:36 |
| 8 | 45.56.18.55 | Google Fiber | Provo | Utah | 2016-06-14 23:37:18 |
| 9 | 71.199.49.216 | Comcast Cable | Salt Lake City | Utah | 2016-06-12 20:59:50 |
| 10 | 50.160.122.253 | Comcast Cable | Orem | Utah | 2016-06-09 13:12:00 |
| 11 | 73.20.70.171 | Comcast Cable | Ogden | Utah | 2016-06-08 20:51:06 |
| 12 | 45.56.40.39 | Google Fiber | Provo | Utah | 2016-06-08 03:27:36 |
| 13 | 50.206.170.178 | Comcast Cable | Salt Lake City | Utah | 2016-06-07 08:52:01 |
| 14 | 67.182.205.112 | Comcast Cable | Ogden | Utah | 2016-06-05 05:26:14 |
| 15 | 24.10.202.167 | Comcast Cable | Ogden | Utah | 2016-06-03 08:29:10 |
| 16 | 24.10.221.152 | Comcast Cable | Salt Lake City | Utah | 2016-06-03 05:58:58 |
| 17 | 24.10.146.114 | Comcast Cable | Sandy City | Utah | 2016-06-02 03:25:59 |
| 18 | 98.202.254.139 | Comcast Cable | Salt Lake City | Utah | 2016-06-01 16:07:56 |
| 19 | 45.56.8.10 | Google Fiber | Provo | Utah | 2016-06-01 09:09:30 |
| 20 | 73.3.95.54 | Comcast Cable | Brigham City | Utah | 2016-06-01 02:01:01 |
| 21 | 174.52.52.173 | Comcast Cable | West Jordan | Utah | 2016-06-01 01:38:28 |
| 22 | 50.160.84.18 | Comcast Cable | Salt Lake City | Utah | 2016-06-01 00:41:15 |