Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1- 22, <br><br> Defendants. | Civil Action No. 2:16-CV-01099-PMW <br><br> Magistrate Judge Paul M. Warner <br><br> **COMBINED NOTICE OF RELATED CASES AND NOTICE OF MOTION TO TRANSFER THIS ACTION** |

Pursuant to DUCivR 83-2(g), this provides notice that a motion to transfer has been filed in *LHF Productions, Inc. v. Does 1-23,* 2:16-CV-00860-DBP to transfer this action to magistrate Judge Pead, because this action is substantially related to the lowered number case before judge Pead. (*See ECF No. 13*).

DATED this 26th day of October, 2016.

                             KIRTON McCONKIE

                             By:   /s/Todd E. Zenger
                                  Todd E. Zenger

                             Attorneys for Plaintiff
                             LHF PRODUCTIONS, INC.